UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| KAREEM NELSON,<br><br> *Plaintiff*,<br><br>  vs.<br><br>JOHANNGPRO, L.L.C., a New York limited liability company, d/b/a EXCUSE MY FRENCH, and 96 ORCHARD, INC, a New York corporation,<br><br> *Defendants*. | Case No. 1:22-cv-03864-RA<br><br>ORDER |

 IT IS HEREBY ORDERED that the time for Defendant JOHANNGPRO, L.L.C. d/b/a EXCUSE MY FRENCH and Defendant 96 ORCHARD, INC. (collectively, "Defendants") to answer or move with respect to Plaintiff's Complaint shall be extended through July 10, 2022;

 IT IS HEREBY FURTHER ORDERED that the time for Plaintiff and the Defendants to meet and confer for at least one hour in a good-faith attempt to settle this action similarly shall be extended by 30 days through July 20, 2022; and further that the joint letter deadline shall be extended through through August 4, 2022.

Dated: June 28, 2022

SO ORDERED.

_____
Honorable Ronnie Abrams

3